**Order filed, April 3, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00235-CV
_____

**WILLIAM MARSH RICE UNIVERSITY AND GARY SPEARS, Appellant**

**V.**

**RASHEED RAFAEY, Appellee**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2010-25730**

---

## ORDER

The reporter's record in this case was due **March 25, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Terri Anderson**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM